# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DEMETRIUS BAILEY, : No. 20 WM 2021
:
Petitioner :
:
:
v. :
:
:
:
JEFFREY MANNING, COMMON PLEAS :
COURT ALLEGHENY COUNTY, :
:
Respondents :

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of May, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.